```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF KENTUCKY
```
**SOUTHERN DIVISION at PIKEVILLE**

| | |
|---|---|
| THOMAS WHEELER, | |
| Petitioner, | Civil Case No. |
| | 7:21-cv-20-JMH |
| V. | |
| WARDEN JOYNER, et al., | |
| | **JUDGMENT** |
| Respondents. | |

\*\*\*\*    \*\*\*\*    \*\*\*\*    \*\*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) Petitioner Thomas Wheeler's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [DE 1] is **DENIED WITHOUT PREJUDICE**;

(2) This action is **DISMISSED** and **STRICKEN** from the docket; and

(3) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 25th day of March, 2021.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge